JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXON AMERICA, INC., a Delaware corporation, and NEXON KOREA CORPORATION, a Korean corporation,<br><br>　　　　Plaintiffs,<br>　　v.<br>GAMEANARCHY, LLC, a Georgia Limited Liability Company, DAVID ALLEN BAKER, a/k/a "Drunken Cheetah," an individual, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV12-02083 MWF (PLAx)<br><br>Honorable Michael W. Fitzgerald<br><br>**JUDGMENT** |

　　　On April 3, 2013, the Court granted the Motion for Summary Judgment Against Defendant David Allen Baker ("Baker") filed by Plaintiffs Nexon America, Inc. and NEXON Korea Corporation (collectively, "Nexon"). (Docket No. 67). On April 23, 2013, the Court granted the Motion for Default Judgment Against Defendant GameAnarchy, LLC ("GALLC") filed by Nexon. (Docket No. 69). Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure with respect to the first, fifth and eighth claims for relief in Nexon's Complaint (Docket No. 1) for copyright infringement, trafficking in circumvention devices, and intentional interference with contractual

relations, respectively, the Court enters final judgment against Baker and GALLC (collectively, "Defendants"), jointly and severally, as follows,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  Defendants, and all persons acting under their direction or control (including but not limited to their agents, representatives and employees), hereby are enjoined and restrained, and shall immediately and permanently cease and desist, from any of the following:

    (a) distributing, offering to the public, manufacturing, importing, providing, linking to, promoting, facilitating, encouraging the use of, trafficking in, uploading or downloading, updating, or maintaining the service and software program known as "Game Anarchy," and any related software product (including the GameAnarchy StreamLoader software or any .dll software file associated therewith or injected by the StreamLoader) to the extent that such service and software alters any Nexon product, including the game "Combat Arms";

    (b) infringing Nexon's copyrighted works, including without limitation, by developing, distributing or otherwise disseminating any software "hacks" or "cheats" designed to alter or edit the game play or player experience of any Nexon product, including Combat Arms;

    (c) inducing or contributing to third-party infringements of Nexon's copyrighted works, including by linking to or providing the location of any website that distributes or otherwise disseminates any product or service that is designed in whole or in part to alter or edit the game play or player experience of any Nexon product, including Combat Arms;

    (d) violating, or aiding and abetting a violation of, Section 1201(a) or (b) of the Digital Millennium Copyright Act ("DMCA"), including, without limitation, by manufacturing, importing, offering to the public, providing, linking to, promoting, facilitating, encouraging the use of, or otherwise trafficking in, or

participating in the trafficking in, any device (including but not limited to the Game Anarchy software) that:

  (i) is primarily designed or produced for the purpose of circumventing, or to circumvent the protection afforded by, HackShield, NexonGuard, or any other technological measures adopted by Nexon that effectively controls access to any Nexon product, including Combat Arms;

  (ii) has only limited commercially significant purposes or uses other than to circumvent, or to circumvent the protection afforded by, HackShield, NexonGuard, or any other technological measure adopted by Nexon that effectively controls access to any Nexon product, including Combat Arms; or

  (iii) is marketed by Defendant and/or others acting in concert with either or both Defendant with its or their knowledge, for use in circumventing, or in circumventing the protection afforded by HackShield, NexonGuard, or any other technological measure adopted by Nexon that effectively controls access to any Nexon product, including Combat Arms;

 (e) intentionally interfering with Nexon's contracts with players, including, without limitation, by encouraging or inducing any players to violate any terms of the Nexon Terms of Use or End-User License Agreement by using software "cheats" or "hacks," including but not limited to those contained within Game Anarchy; and

 (f) violating the Nexon Terms of Use or End-User License Agreement, including, without limitation, by using tools which hack or alter the Combat Arms software or game play.

2. Nexon is awarded a monetary judgment against Defendants, jointly and severally, of a sum of **$1,432,964.76**, constituting:

    (a) Statutory damages in the minimum allowable amount ($200 per violation) under § 1203(c)(3)(A) of the DMCA, for each of Defendants' 6,000 violations, totaling $1,200,000.

    (b) Defendants' unjust profits attributable to the infringements alleged in the Complaint, as provided by the Copyright Act, 17 U.S.C. § 504, totaling $232,964.76.

  **IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment herein, and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Defendants herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending with respect to other claims for relief.

Dated: May 6, 2013

               MICHAEL W. FITZGERALD
               United States District Judge